IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL DEVRIES,

    Plaintiff,

vs.                       No. 1:19-cv-00336-KG-JFR

AFFINITY VENTURES, INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION
## FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Joint Motion of Plaintiff Daniel DeVries and Defendant Affinity Ventures, Inc., pursuant to Rule 41(a)(2), FED. R. CIV. P., for an Order dismissing with prejudice all claims that Plaintiff brought, or could have brought, in this case against Defendant Affinity Ventures, Inc., with each party to bear his or its own costs and attorneys' fees.

The Court, being advised that the parties have reached a settlement resolving the disputes between them, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims brought by Plaintiff, or that could have been brought by Plaintiff against Defendant in this case, are hereby dismissed with prejudice, with the parties each to bear his or its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED:

*M. Eliza Stewart*
Rebecca S. Kenny
M. Eliza Stewart
Riley J. Busby
Madison, Mroz, Steinman & Dekleva, P.A.
P.O. Box 25467
Albuquerque, NM 87125
Telephone: (505) 242-2177
Facsimile: (505) 2427184
rsk@madisonlaw.com
mes@madisonlaw.com
rjb@madisonlaw.com
*Attorneys for Defendant Affinity Ventures, Inc.*


*Approved via Email 12/16/19*
Donald F. Kochersberger III
Alicia M. McConnell
320 Gold Ave., SW, Ste 610
Albuquerque, NM 87102
Tel: (505) 848-8581
Donald@BusinessLawSW.com
Alicia@BusinessLawSW.com
*Attorneys for Plaintiff Daniel DeVries*